Attorney for Appellant: Stephen. C. Doerhoff, Jefferson City.

Attorney for Respondent: Daniel T. Moore, Poplar Bluff.

· (Before Scott, P.J., Bates, J., and Sheffield, C.J.)

PER CURIAM.

Allen Killian filed a petition "pursuant to Section 589.400(7)" to remove his name from Missouri's sex offender registry.[1] The local prosecutor, notified per § 589.400.9, offered no objection. After a brief hearing at which only Killian and his attorney appeared, the trial court entered an order in Killian's favor.

Shortly thereafter, the Missouri State Highway Patrol (MSHP) "and the State of Missouri, through the Attorney General's Office" moved to intervene as a matter of right. Their motion was denied. Eventually, a final judgment was entered in favor of Killian.

MSHP appeals, asserting in part trial court error in denying its motion to intervene.[2] We must agree. Under *Dunivan* (decided after the trial court's ruling), MSHP satisfies Rule 52.12(a)(2)'s elements and was entitled to intervene in Killian's case below. *See* 466 S.W.3d at 519–20. We grant MSHP's third point, reverse the trial court's judgment, and remand for further proceedings.[3]

---

1. Statutory citations are to RSMo as amended through 2012; rule references are to Missouri Court Rules (2014). Since there is no § 589.400(7), we presume Killian meant to cite § 589.400.7. Killian did not request relief from registering under the federal Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. § 16901 *et seq.; compare Dunivan v. State*, 466 S.W.3d 514, 516 n.1 (Mo. banc 2015).

---

**Jeremy Lee MERRIMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 102569

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 24, 2015

Motion for Rehearing and/or Transfer · Denied by Supreme Court
January 25, 2016

Matthew W. Huckeby, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorney for Appellant.

Chris Koster, Attorney General, Gregory L. Barnes, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, Attorneys for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

**ORDER**

PER CURIAM.

Jeremy Merriman appeals from the judgment denying his Rule 24.035 motion

---

without an evidentiary hearing. The judgment is based on findings of fact that are not clearly erroneous, and no error of law appears. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).